

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Raul Adan Leon<br><br>Defendant. | Case No.<br>2:05-CR-00235-R-11<br>**ORDER OF DETENTION AFTER HEARING**<br>[Fed.R.Crim.P. 32.1(A)(6);<br>18 U.S.C. § 3143(A)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/her [probation] {supervised release}; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  ☒  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

1  The Pretrial Services Report and Violation Petition show that defendant is unemployed and
2  lacks financial ties to the Central District. Defendant's continuing use of
3  illegal drugs and unwillingness to submit to testing or treatment further are indications
4  of a flight risk. The proposed unjustified surety is not clear and convincing evidence.
   and/or

5  B.  ☒  The defendant has not met his/her burden of establishing by clear and
6  convincing evidence that he/she is not likely to pose a danger to the safety of
7  any other person or the community if released under 18 U.S.C. § 3142(b) or
8  (c). This finding is based on: Defendant's substance abuse and criminal
9  history indicate danger to the community. Defendant was hostile to drug
10 treatment programs when proposed by Probation and Pretrial Services.
11 Only after talking to counsel (and after initially refusing to interview with
12 Pretrial Services), Defendant changed his position and said he was interested
   in drug treatment. That does not constitute clear and convincing evidence.
13 IT THEREFORE IS ORDERED that the defendant be detained pending the
14 further revocation proceedings.

16 Dated: 2/9/2017

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE

2